# UNITED STATES DISTRICT COURT

RECEIVED

2021 JAN 2b A 11: 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.A

## FOR THE

## NORTHERN DISTRICT OF ALABAMA

### MIDDLE DIVISION

| | |
|---|---|
| FREDRIKA M MILLER, GARY L SAUER JR | Case No.: |
| Plaintiffs, | 2:21-cv-00070-WKW-SRW |
| vs. | CIVIL ACTION |
| REO AMERICA | |
| Defendant | |

# Complaint and Request for Injunction

**Plaintiffs**

Fredrika M Miller / Gary L Sauer
100 Commerce St Apt A
Jackson, Alabama 36545
702 601 3681 – 702 324 3277
bootsmylove69@gmail.com

**Defendants**

REO America
225 S Westmonte Dr,
Altamonte Springs, FL 32714
(407) 339-1108
info@reo-america.com
The Defendant is a Corporation

**Rule 65 Injunction against destruction of real property.**
**Temporary Restraining Order**
The property located at 3156 Cloverdale Rd Montgomery, Alabama 36106 is instrumental in providing specific evidence in federal cases and is subject to search and evidence gathering in its present condition only. The property has been held by REO America for tax payment liability illegally obtained by REO America through the sale by the County of Montgomery,

CIVIL ACTION - 1

Alabama. The sale was officiated by Judge Steven Reed on falsified documents. The tax exempt status had not been confirmed as the County of Montgomery claimed it had no record of the tax exempt document on file. The Plaintiff in both federal cases holds the tax exempt document as evidence to be shown as exhibits in both federal cases listed below. It is the request of the Plaintiff in both cases listed below the property located at 3156 Cloverdale Rd Montgomery, Alabama 36106 be maintained in its present condition and not be allowed to be deconstructed in any way by REO America or any of its subsidiaries or related possessors until such time as the evidence in the cases can be presented at trial by the Plaintiff(s) in the case. The property at 3156 Cloverdale Rd Montgomery, Alabama 36106 is also named as awards in the cases as part of the compensatory damages pending the outcome of the cases. Changing the physical characteristics of the structure on the property removes the intrinsic value of the property and negates the ability of the Plaintiff or Defendants listed in the cases to accurately obtain and exhibit Evidence needed to move the cases forward legally and accurately. Without the structure intact in its immediate and present condition the cases will suffer irreparable damage and cause losses to both parties involved. Please expedite this injunction with haste.

Miller et al v City of Montgomery and County of Montgomery et al
#2:20-cv- 01049-WKW-SRW
Miller et al v Montgomery Police Department et al
#2:20-cv-01025-RAH-JTA

**Facts relating to this injunction**
On 12/28/2020 I sent a Cease and Desist letter to REO America (See Attached)  explaining that the property located at 3156 Cloverdale Rd Montgomery, Alabama 36106 is instrumental as evidence in two pending federal cases and I am legally requesting that no action be taken upon said property so as to cause physical damage to the property and the personal contents within. I also explained that the property had been illegally sold to REO America and that the two federal cases are specifically designed to show that an illegal and unwanted sale had taken place. Soon after the letter was rec'd by REO America my  landscaper found a document posted on the front of the property that REO America had taken possession and a new front door was put on removing the original antique door and a lockbox was added that I have no access to. I am unable to access the property or be in the vicinity of it due to the ongoing threat to myself in Montgomery. I have had to depend on court correspondences and letters and a continued cost to me to deliver and try to regain control of my property. I have already spent hundreds of dollars on upkeep and repairs that were directly incurred due to REO America's involvement in trying to maintain control and allow them to have priority access without my permission or  knowledge.

CIVIL ACTION - 2

**Irreparable Injury**
If this property is destroyed or altered then the crimes that happened within its boundaries and surrounding areas in the cases listed on this injunction will be inadequately represented.

**Relief**
Seeking only to keep the property detailed above intact and without change until which time the court cases can be heard. I also wish to restrict any access to REO America from accessing my property at 3156 Cloverdale Rd Montgomery, Alabama 36106

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

01-25-2021   Frederika M. Miller

Date          Signature of Plaintiff          Signature of Co-Plaintiff

01-25-2021   FREDRIKA M. MILLER   GARY L SOLOR

Date          Printed Name of Plaintiff          Printed Name of Co-Plaintiff

CIVIL ACTION - 3



Clerk of the Court USDC
Northern District of Alabama
Middle Division
1 Church Street
Montgomery Alabama 36104

Fredrika M. Minor
100 Commerce St Apt A
Jackson Alabama 36545

   

PRESS FIRMLY TO SEAL

PRESS FIRMLY

U.S. POSTAGE
PME 1-Day
JACKSON, AL
36545
JAN 25, 21
AMOUNT
**$26.3**

1007     36104     R2304M112850-0

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**



EJ 574 744 849 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

MILLER/SAUER
100 Commerce St
Unit A
JACKSON, AL
36545

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Clerk of Court
USDC Northern District
Middle Division
STE B-110
One Church street
Mont'g, AL

ZIP + 4® (U.S. ADDRESSES ONLY)
3 6 1 0 4 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☑ $100.00 Insurance included.

⇦ PEEL FROM THIS CORNER



| **PAYMENT BY ACCOUNT (if applicable)** | |
|---|---|
| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 36545 | Tue 1/26 | $ 26.35 |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 1-25-21 | ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON | $ | $ |
| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation F |
| 3:51 ☑ PM | $ | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☑ Flat Rate | Acceptance Employee Initials | $ 26.35 | |
| lbs. ozs. | | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019     PSN 7690-02-000-9996

  UNITED S