IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRIKA MORRISSETTE MILLER and GARY L. SAUER, JR., <br><br> Plaintiffs, <br><br> v. <br><br> REO AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 2:21-CV-70-WKW <br> [WO] |

## **ORDER**

On September 14, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 11) is ADOPTED; and

(2) Plaintiffs' motion for preliminary injunction (Doc. # 1) is DENIED.

DONE this 30th day of September, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE