IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDRIKA MORRISSETTE MILLER and GARY L. SAUER, JR., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:21-CV-70-WKW [WO] |
| REO AMERICA, | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Before the court is Plaintiffs' Motion to Appeal and Change of Venue and Judge (Doc. # 19), received and docketed on April 10, 2023. The motion will be denied.

First, the motion to appeal is untimely. In a prior Order entered on March 9, 2023 (Doc. # 18), the court reopened the time for Plaintiffs to file a notice of appeal for fourteen days. *See* Fed. R. App. P. 4(a)(6). The fourteen-day deadline had passed by April 10, 2023.[1] Accordingly, the motion to appeal (Doc. # 19) is DENIED.

Second, as set out in the final judgment, Plaintiffs' action was dismissed without prejudice; therefore, this action has not been set for trial. (Doc. # 16.)

---

[1] Plaintiffs bear the responsibility for the court's delayed receipt of their Motion to Appeal and Change of Venue and Judge because the mailing address on the envelope—1 Commerce St. Ste B110—is not the correct address for the courthouse, but is the address of a commercial building in downtown Montgomery.

Accordingly, it is ORDERED that, to the extent Plaintiffs request a "change of venue and judge" for the purpose of trial, the motion (Doc. # 19) is DENIED as moot.

It is further ORDERED that, based on the sensitive information included in the Motion to Appeal and Change of Venue and Judge, the motion (Doc. # 19) shall remain under seal.

DONE this 14th day of April, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE